FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 15 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Mr. David Michael Montgomery
In # 412797 S:D # 2465284
P O Box #534    Hunit F-D Cell #825
Jessup MD 20794

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. ELH-14-3885
(Leave blank on initial filing to be filled in by Court.)

Ms. Crystal Lynn Bonsall
#134 South Center Street
Westminster MD 21157
(443) 929-1009

(Full name and address of the defendant(s))

## COMPLAINT

**I.    Previous lawsuits**

    A.    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐    NO ☑

    B.    If you answered YES, describe that case(s) in the spaces below.

        1.    Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐     NO ☑

1. If you answered YES:

   a. What was the result? _____

   _____

   b. Did you appeal?

   YES ☐     NO ☑

2. If you answered NO to either of the questions above, explain why: I don't believe prison can help me get a DNA test done.

Court's Clerk                                    December, 11th, 2014

Statement and Claim

The reason of this complaint is because the lady I was having a infair with want get a DNA Test done and between her and her husband there saying that Rob is the father and that's not a 100% true just because there married with out getting a Test done. In General I believe I have the right to know as well my family. It's some thing like Kidnapping what's going on now. The baby Elissa will be Two years old April, 20th 2015.

Attention 06 To Crystal Address that's the one that I had and I believe she has a new one. So that's why I put her # so the courts can get her new address please?

It means a lot to me knowing if I am the baby's father to Elissa So I Respectfully ask the courts to grant this complain because of my situation I believe me and others should know. Also the kid should know who's really her Dad Not just cause saying. I believe the courts believe's what Tam

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

I am making this complaint because the lady I was intimate with while I was home and during the year 2012. I believe I got her pregnant and she had a little Baby girl and she's married. I want a DNA test done and she won't get one done. I really want to know if I'm the father and I think I have that right to know.

IV. **Relief**
(State briefly what you want the Court to do for you.)

Having a DNA test taken from me the baby and the Babys mother along with the answer if the Baby's mine?

SIGNED THIS 11th day of December, 14.

Mr. David Michael Montgomery
(original signature of plaintiff)

ID# 412292  SID# 2405284
P.O. Box # 534
Jessup MD 20794
(address of plaintiff)